UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 OCT -7 P 3: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| JAMES LOUGHRAN, Individually and On Behalf of All Other Persons Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 00-CV12387RWZ |
| v. | ) ) | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, INC., | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR APPROVAL OF SETTLEMENT

Pursuant to 29 U.S.C. 216(c), the plaintiff moves this Court that it approve the settlement of this action reached between defendant and Lynn Ryll Dalsimer, the Administratrix of the Estate of the late Michael D. Dalsimer, and that it enter a separate final judgment pursuant to Fed. R. Civ. P. 54(b) in the form annexed hereto as Exhibit 1 dismissing with prejudice the claims of such plaintiff.

The grounds for this motion are identical to those set forth in the Joint Motion of the Parties Seeking Approval of the Settlement with 54 other parties plaintiff, which was filed with the Court on October 3, 2002.

Defendant does not oppose this motion and has authorized plaintiff so to inform the Court.

WHEREFORE, plaintiff James Loughran respectfully requests that the Court approve

the settlement reached between Lynn Ryll Dalsimer, Administratrix of the Estate of the late

Michael D. Dalsimer, and the defendant and that judgment enter accordingly.

By his attorneys,


Thomas V. Urmy, Jr. (BBO #506620)
Christine E. Morin (BBO #600237)
Todd Heyman (BBO # 643804)
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
(617) 439-3939


I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE
DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD
FOR EACH OTHER PARTY BY MAIL-HAND-FAX ON 10/7/02