# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo

*Counsel*
Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
turmy@shulaw.com

FILED
IN CLERK'S OFFICE

2002 OCT 21  P 2: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 18, 2002

**HAND DELIVERY**

Ms. Lisa Urso, Deputy Clerk
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: *James Loughran v. United Services Automobile Association, Inc.*
Civil Action No. 00-CV 12387 RWZ

Dear Ms. Urso:

I enclose a Joint Motion of the parties seeking approval of the Settlement reached between the defendant in the captioned matter and plaintiff Demetrius Jones. I also enclose a separate form of Judgment for use by the Court.

The grounds for this motion are identical to those set forth in the Joint Motion for dismissal of the claims of 54 other individual plaintiffs which was filed on October 3 and allowed by the Court on October 9. Please let me know if you need anything further in connection with this motion.

Sincerely,

Thomas V. Urmy, Jr.

TVU:lg
Enclosure

cc: Thomas Beck, Esq. (w/Enc.)
    Mark H Canady, Esq. (w/Enc.)