UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES LOUGHRAN, Individually and On Behalf of All Other Persons Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, INC., )<br><br>Defendant. ) | C. A. No. 00-CV12387RWZ |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Pursuant to 29 U.S.C. §216(c), the parties jointly move this Court that it approve the settlement of this action reached between defendant and plaintiff Demetrius Jones, and that it enter a separate Final Judgment pursuant to Fed. R. Civ. P. 54(b) in the form annexed hereto as Exhibit 1, dismissing with prejudice the claims of such plaintiff.

The grounds for this motion are identical to those set forth in the parties' Joint Motion for Approval of Settlement with 54 other parties plaintiff which was filed with the Court on October 3, 2002 and allowed on October 9, 2002.

WHEREFORE, the parties respectfully request that the Court approve the settlement reached between Demetrius Jones and the defendant and that a separate judgment pursuant

to Fed. R. Civ. P. 54(b) enter in the form annexed hereto as Exhibit 1 dismissing with prejudice the claims of said plaintiff.

Respectfully submitted,

By their attorneys,

_____
Thomas V. Urmy, Jr. (BBO# 506620)
Christine E. Morin (BBO# 600237)
Todd Heyman (BBO # 643804)
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
617-439-3939

**Counsel for Plaintiff James Loughran**

_____
Robert P. Joy (BBO #254820)
Morgan, Brown & Joy
One Boston Place
Boston, MA 02108
617-523-6666

_____
Glen D. Nager
Thomas M. Beck
Jones, Day, Reavis & Pogue, LLP
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
202-879-3939

**Counsel for USAA**

Of Counsel:

Reid E. Meyers
Senior V.P., Litigation/Labor Counsel
USAA
9800 Fredericksburg Road
San Antonio, TX 78288

Steven S. Greene
Matthews & Greene
5901-A Peachtree-Dunwoody Road
Atlanta, GA 30328