UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LOUGHRAN, Individually and On Behalf of All Other Persons Similarly Situated,<br>    Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, INC.,<br>    Defendant. | C. A. No. 00-CV12387RWZ |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

The parties have stipulated that the claims of plaintiff Demetrius Jones have been fully and fairly resolved and should be dismissed with prejudice. The Court has reviewed the Settlement Agreement between plaintiff Demetrius Jones and the defendant and finds it to be a full, fair and reasonable resolution of the claims of said plaintiff against the defendant.

The Court has also determined that there is no just reason for delay in the entry of this judgment. Accordingly, pursuant to Fed. R. Civ. P. 54(b), the Court hereby DISMISSES WITH PREJUDICE the claims of plaintiff Demetrius Jones and directs that this judgment enter forthwith upon the docket of this Court.

Dated: October 24, 2002

            _____
            Rya W. Zobel, District Judge