UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES F. LOUGHRAN, Individually And On Behalf Of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, INC.,<br><br>Defendant. | Civil Action No. 00-CV-12387 RWZ |

## ORDER

AND NOW, this ____ day of May, 2003, upon consideration of Defendant United Services Automobile Association's Motion for Leave to File a Reply Memorandum in Support of its Motion to Decertify the Collective Action and to Dismiss Without Prejudice the Remaining Opt-In Plaintiffs, and all papers and arguments submitted in support thereof, it is

## ORDERED

that Defendant's Motion is GRANTED; the Reply Memorandum attached to Defendant's Motion is hereby filed with the Court.

BY THE COURT:

_____
United States District Judge

WAI-1539306v1
870900 - 070031